1  PAUL C. JESS (SB# 34676)
   Attorney at Law
2  P.O. Box 1242
   Sonoma, CA 95476
3  (707) 935-5922 or 694-4397

4  Attorney for Defendant ALICE ANNE MICHEL
   aka ALICE ANNE JESS

E-filing

FILED
JAN 0 5 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>PAUL C. JESS, et al.<br>　　　　　　　　Defendants./ | Case No. C 05-3964 MJJ<br><br>**JOINT STIPULATION RE CONTINUANCE OF DATE OF CASE MANAGEMENT CONFERENCE** |

**JOINT STIPULATION**

The parties hereto hereby stipulate that the Case Management Conference presently scheduled for to be held before the Honorable Martin J. Jenkins on Tuesday, January 3, 2006 at 2:00 p.m. in Courtroom No. 11, 19th Floor of the Federal Building may be continued to Jan 17, 2006. The reason for the requested change is the unavailability of certain counsel on January 3, 2006

///

///

STIPULATION RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE                    1

1  Dated: December 23, 2005

_____
PAUL C. JESS

Attorney for Defendant Alice Anne Michel
aka Alice Anne Jess

Dated: December 23, 2005

_____
JAMES F. KEMP
Kemp & Kemp
428 First Street East
P.O. Box 176
Sonoma, CA 95476
Telephone: (707) 938-2700

Attorneys for Defendant Paul C. Jess


10  Dated: December ____, 2005

KEVIN V. RYAN
United States Attorney

By_____
   CYNTHIA STIER
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7000

Attorneys for Plaintiff UNITED STATES OF AMERICA

Dated: December ____, 2005

STEVEN M. WOODSIDE
Sonoma County Counsel

By_____
   MARK BARTHOLOMEW
Deputy County Counsel
County of Sonoma
575 Administration Drive, Rm. 105
Santa Rosa, CA 95403-2421
Telephone: (707) 565-2421

Attorneys for Defendant Sonoma County Treasurer-Tax Collector

PLD_M_R\MICHELUS.003

STIPULATION RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE                2

| | |
|---|---|
| 1   Dated: December 23, 2005 | *[signature]*<br>PAUL C. JESS<br>Attorney for Defendant Alice Anne Michel aka Alice Anne Jess |
| 4<br>    Dated: December 23, 2005<br>5 | *[signature]*<br>JAMES F. KEMP<br>Kemp & Kemp<br>428 First Street East<br>P.O. Box 176<br>Sonoma, CA 95476<br>Telephone: (707) 938-2700<br><br>Attorneys for Defendant Paul C. Jess |
| 10  Dated: December ___, 2005 | KEVIN V. RYAN<br>United States Attorney<br><br>By *[signature]*<br>CYNTHIA STIER<br>Assistant United States Attorney<br>10th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7000<br><br>Attorneys for Plaintiff UNITED STATES OF AMERICA |
| 16<br>    Dated: December ___, 2005<br>17 | STEVEN M. WOODSIDE<br>Sonoma County Counsel<br><br>By_____<br>MARK BARTHOLOMEW<br>Deputy County Counsel<br>County of Sonoma<br>575 Administration Drive, Rm. 105<br>Santa Rosa, CA 95403-2421<br>Telephone: (707) 565-2624<br><br>Attorneys for Defendant Sonoma County Treasurer-Tax Collector |

23  PLD_N_R\MICHEL\JC.003

STIPULATION RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE                    2

1  Dated: December 23, 2005

  _____
  PAUL C. JESS

2

3  Attorney for Defendant Alice Anne Michel
   aka Alice Anne Jess

4
   Dated: December 23, 2005
5
  _____
  JAMES F. KEMP
6  Kemp & Kemp
   428 First Street East
   P.O. Box 176
7  Sonoma, CA 95476
   Telephone: (707) 938-2700
8
   Attorneys for Defendant Paul C. Jess
9

10  Dated: December ____, 2005     KEVIN V. RYAN
                                   United States Attorney
11

12  By_____
       CYNTHIA STIER
    Assistant United States Attorney
13  10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
14  San Francisco, CA 94102
    Telephone: (415) 436-7000
15
    Attorneys for Plaintiff UNITED STATES OF AMERICA
16
    Dated: December 27, 2005      STEVEN M. WOODSIDE
17                                Sonoma County Counsel

18  By_____
       MARK BARTHOLOMEW
19  Deputy County Counsel
    County of Sonoma
20  575 Administration Drive, Rm. 105
    Santa Rosa, CA 95403-2421
21  Telephone: (707) 565-2421

22  Attorneys for Defendant Sonoma County Treasurer-Tax
    Collector

23  PLD_M_R\MICHEL\US.003

STIPULATION RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE                2

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1/5/2006
_____
DATE