STEVEN M. WOODSIDE #58684
County Counsel
JENNIFER C. KLEIN #222682
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421

Attorneys for Defendant
Sonoma County Treasurer-Tax Collector

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C05 3964 MJJ |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | AND ORDER |
| PAUL C. JESS, ALICE ANNE MICHEL a/k/a ALICE ANNE JESS; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; SONOMA COUNTY TREASURER-TAX COLLECTOR; JEFFRY G. LOCKE, successor TRUSTEE; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and STUART H. LAMBERT, JR., | |
| Defendants. | |

TO: THE COURT AND ALL PARTIES IN THIS ACTION AND ALL THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Sonoma County Treasurer-Tax Collector, by and through its attorney STEVEN M. WOODSIDE, County Counsel, makes the following substitution of attorneys: Jennifer C. Klein, Deputy County Counsel , State of California Bar No. 222682 , shall represent Plaintiff in this case, hereafter.  Mark L. Bartholomew, Deputy County Counsel, State of California bar number 210883, is no longer

66018                                      1
Notice of Substitution of Attorneys                                Adv. Pro. No. 05-1069

1  employed by the County Counsel's office and will no longer be appearing on behalf of
2  Defendant in this case.
3     Pursuant to this Substitution of Attorneys, County Counsel requests that the Court and
4  all parties send all future notices to Jennifer C. Klein, Deputy County Counsel, at the above
5  address and all e-mail notices to jklein1@sonoma-county.org.

Dated: November 2, 2006             STEVEN M. WOODSIDE, County Counsel

                                    By: s/Jennifer C. Klein
                                    JENNIFER C. KLEIN, SB#222682
                                    Deputy County Counsel
                                    Attorneys for the County of Sonoma

I consent to this substitution:

Dated: November 2, 2006             STEVEN M. WOODSIDE, County Counsel

                                    By: s/Steven M. Woodside
                                    STEVEN M. WOODSIDE, #58684
                                    County Counsel
                                    Attorneys for the County of Sonoma

I accept this substitution:

Dated: November 2, 2006             STEVEN M. WOODSIDE, County Counsel

                                    By: s/Jennifer C. Klein
                                    JENNIFER C. KLEIN, SB#222682
                                    Deputy County Counsel
                                    Attorneys for the County of Sonoma

GRANTED
Judge Martin J. Jenkins
11/6/2006
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA