1  JAMES F. KEMP (SB No. 033868)
   KEMP & KEMP
2  428 First Street East
   P.O. Box 176
3  Sonoma, CA 95476
   Telephone: (707) 938-2700
4

5  Attorney for Defendant Paul C. Jess

**Filed**

NOV 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,              Case No. C 05-3964 MJJ

12                   Plaintiff,
          vs.                              JOINT STIPULATION and [PROPOSED]
13                                         ORDER RE CONTINUANCE OF DATE OF
    PAUL C. JESS, et al.                   HEARING ON MOTION OF UNITED
14                   Defendants./          STATES FOR SUMMARY JUDGMENT

15

16                              JOINT STIPULATION

17       The parties hereto hereby stipulate that the hearing on the motion of plaintiff United

18  States for summary judgment presently scheduled for to be held before the Honorable Martin

19  J. Jenkins on Tuesday, December 5, 2006, at 9:30 a.m. in Courtroom No. 11, 19th Floor, 450

20  Golden Gate Avenue, San Francisco, California, may be continued to Tuesday, January 9,

21  2007, at 9:30 a.m. in Courtroom No. 11, 19th Floor, 450 Golden Gate Avenue, San Francisco,

22  California.

23  ///

NOV-07-2006  04:40        415 436 6927                                    415 436 6927    P.04/05

1

2  Dated: November 7, 2006

                                                    PAUL C. JESS

3                                                    P.O. Box 1242

                                                  Sonoma, CA 95476

4                                                    Telephone: (707) 935-3975

5                                                    Attorney for Defendant Alice Anne Michel

                                                  aka Alice Anne Jess

6

7  Dated: November 7, 2006

                                                  JAMES F. KEMP

8                                                   Kemp & Kemp

                                                  428 First Street East, P.O. Box 176

9                                                   Sonoma, CA 95476

                                                  Telephone: (707) 938-2700

10

                                                 Attorneys for Defendant Paul C. Jess

11

    Dated: November 7, 2006                       KEVIN V. RYAN

12                                                  United States Attorney

13                                                   By

                                                  CYNTHIA STIER

14                                                   Assistant United States Attorney

                                                  10th Floor Federal Building

15                                                   450 Golden Gate Avenue, Box 36055

                                                  San Francisco, CA 94102

16                                                   Telephone: (415) 436-7000

17                                                   Attorneys for Plaintiff UNITED STATES OF AMERICA

18  Dated: November ___, 2006                   STEVEN M. WOODSIDE

                                                  Sonoma County Counsel

19

                                                 By

20                                                    JENNIFER C. KLEIN

                                                  Deputy County Counsel

21                                                   County of Sonoma

                                                  575 Administration Drive, Rm. 105A

22                                                   Santa Rosa, CA 95403-2815

                                                  Telephone: (707) 565-2421

23

STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE. etc.                       2

1

2   Dated: November 7, 2006

3

4

5                                          PAUL C. JESS
                                           P.O. Box 1242
                                           Sonoma, CA 95476
                                           Telephone: (707) 935-3975

                                           Attorney for Defendant Alice Anne Michel
                                           aka Alice Anne Jess

6

7   Dated: November 7, 2006

8                                          JAMES F. KEMP
                                           Kemp & Kemp
9                                          428 First Street East, P.O. Box 176
                                           Sonoma, CA 95476
10                                         Telephone: (707) 938-2700

11                                         Attorneys for Defendant Paul C. Jess

12  Dated: November ___, 2006              KEVIN V. RYAN
                                           United States Attorney
13

14  By_____
                                           CYNTHIA STIER
                                           Assistant United States Attorney
15                                         10th Floor Federal Building
                                           450 Golden Gate Avenue, Box 36055
16                                         San Francisco, CA 94102
                                           Telephone: (415) 436-7000

17                                         Attorneys for Plaintiff UNITED STATES OF AMERICA

18  Dated: November 7, 2006                STEVEN M. WOODSIDE
                                           Sonoma County Counsel
19

20  By_____
                                           JENNIFER C. KLEIN
                                           Deputy County Counsel
21                                         County of Sonoma
                                           575 Administration Drive, Rm. 105A
22                                         Santa Rosa, CA 95403-2815
                                           Telephone: (707) 565-2421

23

STIPULATION AND [PROPOSED] ORDER RE                   2
CONTINUANCE, etc.

FROM : KEMP & KEMP          FAX NO. : 707 938 0475          Nov. 07 2006 03:55PM  P4

1

2           Attorneys for Defendant Sonoma County Treasurer-Tax Collector

3  Dated: November 7, 2006

4                              _____
                               DAVID J. COOK
                               COOK, PERKISS & LEW
5                              333 Pine Street, Suite 300
                               P.O. Box 270
6                              San Francisco, CA 94104-0270
                               Telephone: (415) 989-4730

7           Attorneys for Defendant Jeffrey G. Locke, sucessor Trustee

8

9                              ORDER

10  Pursuant to the foregoing stipulation, IT IS HEREBY SO ORDERED.

11  Dated: November 14, 2006

12                              _____
                                THE HONORABLE MARTIN J. JENKINS
13                              UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23  PLD_G_LWESSUSA.003

STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE, etc.                                3