SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C 05-3964-MJJ |
| v. | ) | |
| PAUL C. JESS; et al., | ) | STIPULATION FOR TELEPHONIC STATUS CONFERENCE AND [PROPOSED] ORDER |
| Defendants. | ) | |
| | ) | DATE: November 27, 2007 |
| | ) | TIME: 1:45 p.m. |

The parties hereby stipulate, subject to the Court's approval, to a telephonic status conference to be held on November 27, 2007, at 1:45 p.m., before the Honorable Martin Jenkins, United States District Judge, United States District Court, San Francisco, California.

Counsel for Plaintiff, United States of America, will initiate the call.

IT IS SO STIPULATED:

        SCOTT SCHOOLS
        United States Attorney

DATED: November 14, 2007         /s/ Cynthia Stier
        CYNTHIA L. STIER
        Assistant United States Attorney
        Attorney for the United States

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: November 14, 2007 | By: | /s/ Jennifer Klein |
| | | | JENNIFER KLEIN |
| 3 | | | Sonoma County Counsel |
| | | | 575 Administration Drive |
| 4 | | | Room 105A |
| | | | Santa Rosa, CA 95403-2881 |
| 5 | | | Telephone: (707) 565-2421 |
| 6 | | | Attorney for the Sonoma County Treasurer - Tax Collector |
| 7 | Dated: November 15, 2007 | By: | /s/ James Kemp |
| | | | JAMES F. KEMP |
| 8 | | | KEMP & KEMP |
| | | | 428 First Street East |
| 9 | | | P.O. Box 176 |
| | | | Sonoma, CA 95476 |
| 10 | | | Telephone: (707) 938-2700 |
| 11 | | | Attorney for Paul C. Jess |
| 12 | | | |
| 13 | Dated: November 15, 2007 | By: | /s/ David Cook |
| | | | DAVID J. COOK |
| | | | Cook, Perkiss and Lew |
| 14 | | | P.O. Box 270 |
| | | | San Francisco, CA 94104-0270 |
| 15 | | | Telephone: (415) 989-4730 |
| 16 | | | Attorney for Jeffrey Locke |
| 17 | | | |
| 18 | Dated: November 15, 2007 | By: | /s/ Newton Dal Pogetto |
| | | | NEWTON DAL POGETTO |
| | | | Attorney at Law |
| 19 | | | 670 West Street, Suite B |
| | | | Sonoma, CA 95476 |
| 20 | | | Telephone: (707) 935-5922 |
| 21 | | | Attorney for Alice Anne Michel a/k/a Alice Anne Jess |

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

A telephonic status conference in this case is scheduled for November 27, 2007, at 1:45 p.m. The conference call shall be initiated by counsel for the United States.

Dated:   11/20/07

HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

US v. Beary, No. C-06-5838-PJH
Stipulation to Vacate Default and
[Proposed] Order