UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff(s),             )<br>                                      )<br>     v.                               )<br>                                      )<br> PAUL C. JESS, et al.,                )<br>                                      )<br>            Defendant(s).              )<br> _____) | No. C05-3964 MJJ (BZ)<br><br>**ORDER SCHEDULING<br>TELEPHONE CONFERENCE** |

   **IT IS HEREBY ORDERED** that a telephone conference to discuss Ms. Stier's letter dated November 18, 2009 is scheduled for **Wednesday, November 25, 2009 at 9:00 a.m.**  The parties should be prepared to address the question of whether this Court has jurisdiction to enforce the settlement.  See Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994).  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 19, 2009

_____
                        Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\USA V. JESS ORDER SETTING TEL CONF.wpd

1