UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PAUL C. JESS, et al.,<br><br>    Defendant(s). | No. C05-3964 MJJ (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONE CONFERENCE** |

Having talked to counsel for both sides, it appears that another telephone conference is necessary to resolve the issues raised in my Order dated November 19, 2009 and that Mr. Jess and Ms. Michel must participate. **IT IS THEREFORE ORDERED** that a further telephone conference is scheduled for **December 17, 2009 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\USA V. JESS ORDER SETTING FURTHER TEL CONF.wpd

1